IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 05-mc-09074-W-ODS |
| ) | |
| KENNETH MOORE, ) | |
| ) | |
| Respondent. ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 11, 2007, the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending the Court enter an Order directing the Respondent to comply with the summonses issued by Officer Dietrich of the Internal Revenue Service. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). Accordingly, Judge Maughmer's Report and Recommendation is adopted as the Order of the Court, and Respondent is directed to comply with the summonses issued by Officer Dietrich of the Internal Revenue Service on a date and time agreed upon by Officer Dietrich and Respondent but not later than sixty (60) days after the service of this Order upon Respondent. Failure to comply with this Order may result in an order finding Respondent in contempt.

The United States Marshal or other authorized person shall serve an attested copy of this Order upon Respondent.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: November 28, 2007      UNITED STATES DISTRICT COURT